Peter M. de Jonge (Utah SBN 7185)
Gordon K. Hill (California SBN 218999)
Jed H. Hansen (Utah SBN 10,679)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 200
Sandy, Utah 84070
Telephone: (801) 566-6633
Facsimile: (801) 566-0753

Mark M. Bettilyon (Utah SBN 4798)
**RAY QUINNEY & NEBEKER**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Glenn W. Peterson (California SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Telephone:  (916)  780-8222
Facsimile:  (916)  780-8775

Attorneys for Plaintiff, CYTOSPORT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CYTOGENIX SPORTS LABORATORIES, SRL, a Barbados Corporation,<br><br>　　　　　　　Defendant. | Case No.: 2:10-CV-00700-WBS-KJM<br><br>**EX PARTE APPLICATION TO EXTEND DEADLINE FOR SERVING COMPLAINT AND TO CONTINUE JOINT STATUS (PRETRIAL SCHEDULING) CONFERENCE;**<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO SERVE COMPLAINT AND CONTINUING JOINT STATUS CONFERENCE**<br><br>Date:   September 20, 2010<br>Time:  2:00 p.m.<br>Courtroom: 5<br>Honorable William B. Shubb |

## **APPLICATION**

Plaintiff hereby applies ex parte for postponement of the Status (Pretrial Scheduling) Conference (and a corresponding 60-day extension of the time allotted under Local Rule 210 to serve the Complaint).

This application is supported by the concurrently-filed declaration of Gordon K. Hill.

By order dated March 24, 2010 [Document 5], this matter was scheduled for an Initial Scheduling Conference to be heard on September 20, 2010 at 2:00 p.m.

The Complaint has not been served upon the Defendant in order to give the parties an opportunity to resolve this matter without the Court's assistance.

As set forth in the concurrently-filed declaration of Gordon K. Hill (co-counsel for plaintiff), the parties have been in regular communication since the filing of the Complaint and have earnestly discussed various settlement opportunities. Settlement negotiations are continuing between the parties.

Draft settlement documents have been exchanged. (Hill Decl., ¶¶ 3, 4)

Because the prospect of settlement appears favorable, we wish to economize the costs associated with pleading and preparation of the joint status report, and the associated court appearance.

For these reasons, we now seek an additional continuance of the scheduling conference in order to continue negotiations (and hopefully execution) of a settlement agreement. We also seek a 60-day extension of the time allotted under Local Rule 210 and Fed.R.Civ.P. 4(m) to serve the Complaint, which would make the new deadline for serving the Complaint September 19, 2010.

While recognizing that we are in arrears of the court-ordered schedule, we believe that these circumstances warrant an additional postponement of the Pretrial Scheduling Conference, an extension of the deadline for serving the Complaint, and respectfully request that the Court order that the scheduling conference (currently set for September 20, 2010) be continued for approximately 60 days. We are hopeful that a voluntary dismissal will precede the new conference date.

/ / /

/ / /

DATED: July 20, 2010

                        **THORPE NORTH & WESTERN, L.L.P.**

                        **RAY QUINNEY & NEBEKER P.C.**
                        -and-
                        **MILLSTONE, PETERSON & WATTS, LLP**


                        By:      /s/ Glenn W. Peterson
                              GLENN W. PETERSON

                        Attorneys for Plaintiff CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*

/s/ Glenn W. Peterson


## ORDER

     Based upon the foregoing application, and good cause appearing, the deadline for serving the Complaint in this matter is extended to September 19, 2010, the Status (Pretrial Scheduling) Conference in this matter is continued to **November 15, 2010 at 2:00 p.m.**  If joint scheduling remains an issue at that time, a joint scheduling report shall be filed no later than **fourteen (14) days** prior to the conference date.

**SO ORDERED.**

DATED:   July 20, 2010

                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE