Megan Whyman Olesek (State Bar No. 191218)
KENYON & KENYON LLP
333 W. San Carlos Street, Suite 600
San Jose, CA  95110-2731
Telephone:     408.975.7500
Facsimile:      408.975.7501

Attorneys for Defendant
Cytogenix Sports Laboratories, SRL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>CYTOGENIX SPORTS LABORATORIES, SRL, a Barbados Corporation,<br><br>              Defendant. | Case No.  2:10-CV-00700-WBS-KJM<br><br>**JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE TO DECEMBER 13, 2010**<br><br>[~~PROPOSED~~] **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE TO DECEMBER 13, 2010** |

## JOINT MOTION

Pursuant to General Local Rule 144, Defendant Cytogenix Sports Laboratories, SRL ("Cytogenix") and Plaintiff CytoSport, Inc. ("CytoSport") hereby jointly move, through their respective undersigned counsel of record, that the Initial Scheduling Conference currently set for November 15, 2010, be continued for 28 days until December 13, 2010.  A continuation of the Initial Scheduling Conference will also reset the deadline for submission of the parties' Joint Scheduling Report to November 29, 2010, and will require the parties to hold their initial meet and confer conference by November 22, 2010.

The parties have recently stipulated to a 28-day extension of time to and including November 9, 2010, to attempt to settle this matter before Cytogenix must answer, move, or otherwise respond to the Complaint in this action.  Given the current date of the Initial Scheduling

1  Conference the parties are obligated, under the applicable rules, to have their initial meet and
2  confer conference by October 25, 2010 and to submit their joint scheduling report by November
3  1, 2010, both of which dates are prior to the time when Cytogenix is to respond to the complaint.
4  The parties believe it would be much more efficient and practical to have these events take place
5  after Cytogenix has responded to the complaint.  The requested continuation should also give the
6  parties an adequate opportunity to see if their ongoing settlement discussions can result in an
7  amicable resolution of their dispute.
8      For these reasons, the parties jointly move to continue the Initial Scheduling Conference
9  to December 13, 2010.
10      The Initial Scheduling Conference has been previously continued from September 20,
11  2010 to November 15, 2010 in connection with CytoSport's Ex Parte Application To Extend
12  Deadline for Serving Complaint and To Continue Joint Status (Pretrial Scheduling) Conference.

| | | |
|---|---|---|
| 1 | Dated: October 22, 2010 | KENYON & KENYON LLP |
| 2 | | By:   /s/ Megan Whyman Olesek |
| | | Megan Whyman Olesek (State Bar No. 191218) |
| 3 | | *molesek@kenyon.com* |
| | | 333 West San Carlos Street, Suite 600 |
| 4 | | San Jose, CA 95110 |
| | | Telephone No.:  (408) 975-7952 |
| 5 | | Facsimile No.:  (408) 975-7501 |
| 6 | | Of Counsel: |
| | | Howard J. Shire |
| 7 | | KENYON & KENYON LLP |
| | | One Broadway |
| 8 | | New York, NY 10004 |
| | | Telephone No.:  (212) 425-7200 |
| 9 | | Facsimile No.:  (212) 425-5288 |
| 10 | | Attorneys for Defendant |
| | | Cytogenix Sports Laboratories, SRL |
| 11 | Dated: October _____, 2010 | MILLSTONE PETERSON & WATTS, LLP |
| 12 | | By:    /s/ Glenn W. Peterson |
| | | **(As Authorized on 10/21/10)** |
| 13 | | Glenn W. Peterson (State Bar No. 126173) |
| | | 2267 Lava Ridge Court, Suite 210 |
| 14 | | Roseville, CA  95661 |
| | | Telephone:  (916) 780-8222 |
| 15 | | Facsimile:  (916) 780-8775 |
| 16 | | Of Counsel: |
| 17 | | Peter M. de Jonge |
| | | Gordon K. Hill |
| | | Jed H. Hansen |
| 18 | | THORPE NORTH & WESTERN, LLP |
| | | 8180 South 700 East, Suite 200 |
| 19 | | Sandy, Utah 84070 |
| | | Telephone: (801) 566-6633 |
| 20 | | Facsimile:  (801) 566-0753 |
| 21 | | Mark M. Bettilyon |
| | | RAY QUINNEY & NEBEKER |
| 22 | | 36 South State Street, Suite 1400 |
| | | Salt Lake City, Utah 84111 |
| 23 | | Telephone: (801) 532-1500 |
| | | Facsimile:  (801) 532-7543 |
| 24 | | Attorneys for Plaintiff |
| | | CytoSport, Inc. |

25

26  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**

27  *Attorneys at Law*
/s/ Glenn W. Peterson

28

KENYON & KENYON
LLP
SAN JOSE

JOINT MOTION/ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE

- 3 -

**ORDER**

Based upon the foregoing application, and good cause appearing, the Initial Scheduling Conference is continued to **December 13, 2010 at 2:00 p.m**.  A Joint Status Report shall be filed no later than November 29, 2010.

**IT IS SO ORDERED.**

DATED:   October 22, 2010

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT MOTION/ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE           - 4 -

KENYON & KENYON LLP
SAN JOSE