1
Megan Whyman Olesek (State Bar No. 191218)
**KENYON & KENYON LLP**
2
333 W. San Carlos Street, Suite 600
San Jose, CA  95110-2731
3
Telephone:     408.975.7500
Facsimile:     408.975.7501
4

*Attorneys for Defendant*
5
*Cytogenix Sports Laboratories, SRL*

6
Glenn W. Peterson (State Bar No. 126173)
**MILLSTONE PETERSON & WATTS, LLP**
7
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
8
Telephone:  (916) 780-8222
Facsimile:  (916) 780-8775
9

*Attorneys for Plaintiff*
10
*CytoSport, Inc.*

11
UNITED STATES DISTRICT COURT

12
EASTERN DISTRICT OF CALIFORNIA

13
SACRAMENTO DIVISION

14

15
CYTOSPORT, INC., a California
Corporation,

Case No.  2:10-CV-00700-WBS-EFB (TEMP)

16
Plaintiff,

**STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUATION OF
SCHEDULING CONFERENCE**
17
v.

18
CYTOGENIX SPORTS
LABORATORIES, SRL, a Barbados
19
Corporation,

20
Defendant.

21

22

23
**STIPULATION**

24
        Pursuant to General Local Rule 144 (a), Defendant Cytogenix Sports Laboratories, SRL

25
("Cytogenix") and Plaintiff CytoSport, Inc. ("CytoSport") hereby stipulate, through their

26
respective undersigned counsel of record, that the Initial Scheduling Conference Currently set for

27
January 24, 2011, be continued for 21 days until February 14, 2011.  A continuation of the Initial

28
Scheduling Conference also will reset the deadline for submission of the parties' Joint Scheduling

STIPULATION AND ORDER TO CONT.
SCHEDULING CONFERENCE
CASE NO. 2:10-CV-00700-WBS-EFB (TEMP)

1    Report to January 31, 2011, and will require the parties to hold their initial meet and confer

2    conference by January 24, 2011.

3          Given the current date of the Initial Scheduling Conference the parties are obligated,

4    under the applicable rules, to submit their joint scheduling report by January 10, 2011, which date

5    is prior to the time when Cytogenix is to respond to the Second Amended Complaint.  Moreover,

6    the requested continuation is intended to allow the parties the opportunity to engage in further

7    discussions with the goal of resolving the instant action.

8          For these reasons, the parties jointly move to continue the Initial Scheduling Conference

9    to February 14, 2011.

10         The Initial Scheduling Conference has been previously continued from (1) September 20,

11   2010 to November 15, 2010 in connection with CytoSport's Ex Parte Application to Extend

12   Deadline for Serving Complaint and To Continue Joint Status (PreTrial Scheduling) Conference

13   [DI 6]; (2) November 15, 2010 to December 13, 2010 in connection with Parties' Joint Motion to

14   Continue Initial Scheduling Conference [DI 10]; and (3) from December 13, 2010 to January 24,

15   2011 in connection with the Court's Minute Order [DI 27].

16   ////

17   ////

18   ////

19   ////

20   ////

21   ////

22   ////

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

1    IT IS SO STIPULATED.

2

3    Dated: January 7, 2011                    KENYON & KENYON LLP

4                                              By:    /s/ Megan Olesek
                                                      Megan Whyman Olesek (State Bar No. 191218)
5                                                     molesek@kenyon.com
                                                      333 West San Carlos Street, Suite 600
6                                                     San Jose, CA 95110
                                                      Telephone No.:  (408) 975-7952
7                                                     Facsimile No.:  (408) 975-7501

8                                                     Of Counsel:

9                                                     Howard J. Shire (*pro hac vice*)
                                                      Matthew E. Moersfelder (*pro hac vice*)
10                                                    KENYON & KENYON LLP
                                                      One Broadway
11                                                    New York, NY 10004
                                                      Telephone No.:  (212) 425-7200
12                                                    Facsimile No.:  (212) 425-5288

13                                                    Attorneys for Defendant
                                                      Cytogenix Sports Laboratories, SRL
14
     Dated: January 7, 2011                    RAY QUINNEY & NEBEKER
15
                                               By:    /s/ Samuel C. Straight (with permission)
16                                                    Samuel C. Straight (*pro hac vice*)
                                                      Mark M. Bettilyon (*pro hac vice*)
17                                                    36 South State Street, Suite 1400
                                                      Salt Lake City, Utah 84111
18                                                    Telephone: (801) 532-1500
                                                      Facsimile:  (801) 532-7543
19
                                                      Glenn W. Peterson (State Bar No. 126173)
20                                                    MILLSTONE PETERSON & WATTS, LLP
                                                      2267 Lava Ridge Court, Suite 210
21                                                    Roseville, CA  95661
                                                      Telephone:  (916) 780-8222
22                                                    Facsimile:  (916) 780-8775

23                                                    Attorneys for Plaintiff
                                                      CytoSport, Inc.
24

25

26

27

28

1        **[PROPOSED] ORDER**

2        **IT IS HEREBY ORDERED THAT:**

3            1) The deadline for the Joint Status Report currently set for January 10, 2011 is extended

4    to January 31, 2011; and

5            2) The scheduling conference currently set for January 24, 2011 is continued to **February**

6    **22, 2011 at 2:00 pm.**

7

8

9    DATED:  January 10, 2011

10                                          _William v. Shubb_

11                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KENYON & KENYON
LLP
SAN JOSE

STIPULATION AND ORDER TO CONT.
SCHEDULING CONFERENCE                - 4 -        CASE NO. 2:10-CV-00700-WBS-EFB (TEMP)