Mark M. Bettilyon (Utah SBN 4798)
**RAY QUINNEY & NEBEKER**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Glenn W. Peterson (California SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Telephone:  (916)  780-8222
Facsimile:  (916)  780-8775

Attorneys for Plaintiff, CytoSport, Inc.

Megan Whyman Olesek (California SBN 191218)
**KENYON & KENYON LLP**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110-2731
Telephone: (408) 975-7500
Facsimile: (408) 975-7501

Attorneys for Defendant, Cytogenix Laboratories, SRL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CYTOSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CYTOGENIX SPORTS LABORATORIES, SRL, a Barbados Corporation,<br><br>Defendant. | Case No.: 2:10-CV-00700-WBS-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |
|---|---|

Pursuant to L.R. 6-144, plaintiff CytoSport, Inc. ("Plaintiff") and defendant Cytogenix Sports Laboratories, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff shall receive an extension in which to file the Second Amended Complaint in this matter per the Court's December 23, 2010 Order.  The Court's Order (Document No. 52) set the Amended Complaint filing deadline as January 10, 2011; however, the parties stipulate to continue the filing deadline to January 26, 2011 as a result of ongoing settlement discussions.

DATED: January 10, 2011

        **RAY QUINNEY & NEBEKER P.C.**

        -and-

        **MILLSTONE, PETERSON & WATTS, LLP**


        By:     /s/ Glenn W. Peterson
                  GLENN W. PETERSON

        Attorneys for Plaintiff CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

DATED: January 10, 2011

        **KENYON & KENYON LLP**


        By:     /s/ Megan W. Olesek
             **(As Authorized on 01/10/11)**
                  MEGAN W. OLESEK

        Attorneys for Defendant
        Cytogenix Laboratories, SRL

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**KENYON & KENYON LLP**
/s/ Megan W. Olesek

## ORDER

Based upon the foregoing stipulation, and good cause appearing, the deadline for serving the Amended Complaint in this matter is extended from January 10, 2011 to January 26, 2011.

**SO ORDERED.**

DATED: JANUARY 10, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT