Peter M. de Jonge (Utah SBN 7185)
Jed H. Hansen (Utah SBN 10,679)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 200
Sandy, Utah 84070
Telephone: (801) 566-6633/Facsimile: (801) 566-0753

Mark M. Bettilyon (Utah SBN 4798)
Samuel C. Straight, (Utah SBN 7638)
**RAY QUINNEY & NEBEKER**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500/Facsimile: (801) 532-7543

Glenn W. Peterson (California SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Telephone:  (916)  780-8222/Facsimile:  (916)  780-8775

Attorneys for Plaintiff, CYTOSPORT, INC.

Megan Whyman Olesek (California SBN 191218)
**KENYON & KENYON LLP**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110-2731
Telephone: (408) 975-7500/Facsimile: (408) 975-7501

Attorneys for Defendant, Cytogenix Laboratories, SRL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>CYTOGENIX SPORTS LABORATORIES, SRL, a Barbados Corporation,<br><br>                    Defendant. | Case No.: 2:10-CV-00700-WBS-KJM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE JOINT STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Date:   February 22, 2011<br>Time:   2:00 p.m.<br>Courtroom: 5<br>Honorable William B. Shubb |

1  Plaintiff and Defendant hereby stipulate to continue the Status (Pretrial Scheduling) Conference currently set for February 22, 2011 to March 14, 2011.

The parties have been in discussions concerning settlement and negotiations to resolve the case are continuing between the parties. Draft settlement documents have been exchanged.

Because the prospect of settlement appears favorable, the parties wish to economize the costs associated with pleading and preparation of the joint status report, and the associated court appearance.

For these reasons, the parties now seek an additional continuance of the Scheduling Conference in order to continue negotiations (and hopefully execution) of a settlement agreement. The parties are hopeful that a voluntary dismissal will precede the new proposed conference date.

DATED: January 27, 2011

**THORPE NORTH & WESTERN, L.L.P.**
-and-
**RAY QUINNEY & NEBEKER P.C.**
-and-
**MILLSTONE, PETERSON & WATTS, LLP**

By:        /s/ Glenn W. Peterson
             GLENN W. PETERSON

Attorneys for Plaintiff CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP** /s/ Glenn W. Peterson

DATED: January 27, 2011

**KENYON & KENYON LLP**

By:        /s/ Megan Whyman Olesek
             **(As Authorized on 01/27/11)**
             MEGAN WHYMAN OLESEK

Attorneys for Def. Cytogenix Laboratories, SRL

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**KENYON & KENYON LLP** /s/ Megan Whyman Olesek

**ORDER**

Based upon the foregoing stipulation, and good cause appearing, the Status (Pretrial Scheduling) Conference in this matter is continued to **March 21, 2011 at 2:00 p.m**. A joint scheduling report shall be filed no later than **March 7, 2011**.

**SO ORDERED.**

DATED:   January 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE