1  Megan Whyman Olesek (State Bar No. 191218)
   **KENYON & KENYON LLP**
2  333 W. San Carlos Street, Suite 600
   San Jose, CA  95110-2731
3  Telephone:     408.975.7500
   Facsimile:     408.975.7501
4
   *Attorneys for Defendant*
5  *Cytogenix Sports Laboratories, SRL*

6  Glenn W. Peterson (State Bar No. 126173)
   **MILLSTONE PETERSON & WATTS, LLP**
7  2267 Lava Ridge Court, Suite 210
   Roseville, CA  95661
8  Telephone:  (916) 780-8222
   Facsimile:  (916) 780-8775
9
   *Attorneys for Plaintiff*
10 *CytoSport, Inc.*

11 *(Additional counsel listed below)*

12              UNITED STATES DISTRICT COURT

13            EASTERN DISTRICT OF CALIFORNIA

14               SACRAMENTO DIVISION

15
   CYTOSPORT, INC., a California            Case No.  2:10-CV-00700-WBS-EFB (TEMP)
16 Corporation,
                                            **STIPULATION AND [~~PROPOSED~~] ORDER**
17              Plaintiff,                  **REGARDING EXTENSION OF TIME TO**
                                            **EXCHANGE INITIAL DISCLOSURES**
18 v.

19 CYTOGENIX SPORTS
   LABORATORIES, SRL, a Barbados
20 Corporation,

21              Defendant.

22

23                    **STIPULATION**

24       Pursuant to General Local Rule 144 (a), Defendant Cytogenix Sports Laboratories, SRL

25 ("Cytogenix") and Plaintiff CytoSport, Inc. ("CytoSport") hereby stipulate and jointly request an

26 order, through their respective undersigned counsel of record, that the exchange of Initial

27 Disclosures currently set for March 28, 2011, be continued for 21 days until April 18, 2011.

28

1    The parties have been and continue to be engaged in productive discussions concerning

2    the resolution of this lawsuit.  The requested extension is intended to allow the parties sufficient

3    time to determine whether the instant action can be resolved prior to the parties incurring the

4    expense and burden of discovery.  For these reasons, the parties respectfully seek to extend the

5    exchange of Initial Disclosures to April 18, 2011.

6    The exchange of Initial Disclosures previously was scheduled for March 28, 2011, by

7    Court order dated March 17, 2011 [DI 65].

8    IT IS SO STIPULATED.

9    ////

10   ////

11   ////

12   ////

13   ////

14   ////

15   ////

16   ////

17   ////

18   ////

19   ////

20   ////

21   ////

22   ////

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

1   Dated: March 24, 2011                          KENYON & KENYON LLP

2                                          By:     /s/ Megan Whyman Olesek
3                                                  Megan Whyman Olesek (State Bar No. 191218)
                                                   *molesek@kenyon.com*
4                                                  333 West San Carlos Street, Suite 600
                                                   San Jose, CA 95110
5                                                  Tel:  (408) 975-7952/Fax:  (408) 975-7501

6                                                  Of Counsel:

7                                                  Howard J. Shire (*pro hac vice*)
                                                   Matthew E. Moersfelder (*pro hac vice*)
8                                                  KENYON & KENYON LLP
                                                   One Broadway
9                                                  New York, NY 10004
                                                   Tel:  (212) 425-7200/Fax:  (212) 425-5288

10                                         Attorneys for Defendant
                                           Cytogenix Sports Laboratories, SRL
11

12                                                 RAY QUINNEY & NEBEKER
    Dated: March 23, 2011
13                                         By:     /s/Glenn W. Peterson
                                                   **(As Authorized on March 23, 2011)**
14                                                 Samuel C. Straight (*pro hac vice*)
                                                   Mark M. Bettilyon (*pro hac vice*)
15                                                 36 South State Street, Suite 1400
                                                   Salt Lake City, Utah 84111
16                                                 Tel: (801) 532-1500/Fax: (801) 532-7543

17                                                 Glenn W. Peterson (State Bar No. 126173)
                                                   MILLSTONE PETERSON & WATTS, LLP
18                                                 2267 Lava Ridge Court, Suite 210
                                                   Roseville, CA  95661
19                                                 Tel:  (916) 780-8222/Fax:  (916) 780-8775

20                                         Attorneys for Plaintiff
                                           CytoSport, Inc.
21

22

23

24

25

26

27

28

KENYON & KENYON
      LLP
    SAN JOSE

STIPULATION AND ORDER TO EXTEND          - 3 -          CASE NO. 2:10-CV-00700-WBS-EFB (TEMP)
EXCHANGE OF INITIAL DISCLOSURES

1

<u>**ORDER**</u>

2      **IT IS HEREBY ORDERED** that, pursuant to the Stipulation of the parties, the deadline

3 exchange Initial Disclosures currently set for March 28, 2011 is extended to April 18, 2011.

4

DATED:  March 25, 2011

5

6

WILLIAM B. SHUBB

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28