1  Mark M. Bettilyon (Admitted Pro Hac Vice)
   Samuel C. Straight (Admitted Pro Hac Vice)
2  **RAY QUINNEY & NEBEKER**
   36 South State Street, Suite 1400
3  Salt Lake City, Utah 84111
   Phone: (801) 532-1500; Fax: (801) 532-7543
4

5  Glenn W. Peterson (California SBN 126173)
   **MILLSTONE PETERSON & WATTS, LLP**
   *Attorneys at Law*
6  2267 Lava Ridge Court, Suite 210
   Roseville, CA  95661
7  Phone:  (916)  780-8222; Fax: (916)  780-8775

8  Attorneys for Plaintiff, CYTOSPORT, INC.

9  Megan Whyman Olesek (California SBN 191218)
   **KENYON & KENYON LLP**
10 333 W. San Carlos Street, Suite 600
   San Jose, CA 95110-2731
11 Telephone: (408) 975-7500; Facsimile: (408) 975-7501

12 Attorneys for Defendants, CYTOGENIX SPORTS LABORATORIES, IOVATE HEALTH SCIENCES
   INTERNATIONAL, INC., AND IOVATE HEALTH SCIENCES U.S.A., INC.
13

14                          **UNITED STATES DISTRICT COURT**

15                          **EASTERN DISTRICT OF CALIFORNIA**

| CYTOSPORT, INC., a California Corporation, | Case No. 2:10-CV-00700-WBS-KJM |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| CYTOGENIX SPORTS LABORATORIES, SRL., a Barbados company, IOVATE HEALTH SCIENCES INTERNATIONAL, INC., a Canadian corporation; and IOVATE HEALTH SCIENCES U.S.A., INC. | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

## STIPULATION

It is hereby stipulated and agreed that all claims brought in this action, Civil Case No. 2:10-CV-00700-WBS-EFB (TEMP), between Plaintiff CytoSport, Inc. and Defendants Cytogenix Sports Laboratories, SRL, Iovate Health Sciences International, Inc. and Iovate Health Sciences USA, Inc. are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees incurred in this action.

A proposed Order of Dismissal or Discontinuance With Prejudice is submitted herewith. IT IS SO STIPULATED.

DATED: July 26, 2011              **MILLSTONE, PETERSON & WATTS, LLP**
                                  *Attorneys at Law*


                                  By:      /s/ Glenn W. Peterson
                                            GLENN W. PETERSON

                                  Attorneys for Plaintiff, CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson


DATED: July 26, 2011              **KENYON & KENYON LLP**


                                  By:   /s/ Megan Whyman Olesek
                                          (AS AUTHORIZED ON JULY 26, 2011)
                                          MEGAN WHYMAN OLESEK

                                  Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**KENYON & KENYON, LLP**
/s/ Megan Whyman Olesek

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, all claims in Civil Case No. 2:10-CV-00700-WBS-EFB (TEMP) are dismissed with prejudice.

Dated:   July 26, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE